AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JAMES METCALF,
          Plaintiff,

v.

JERRY BRADY, DEPUTY PETRIE and DEPUTY MASON,
          Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-0287-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants pursuant to the Order Granting Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. 12(b)(6) entered on December 3, 2008, Ct Rec. 45.

| | |
|---|---|
| December 3, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |